IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BENOIT BALTHAZAR,

    Plaintiff,
v.                                                               CASE NO. 1:14-cv-241-WS-GRJ

MARGARET WEISS and
CHRISTOPHER PEKEROL,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate at Cross City Correctional Facility, initiated this civil action by filing Doc. 1, a *pro se* civil complaint, and Doc. 2, a motion for leave to proceed as a pauper. The Court deferred a ruling on Plaintiff's IFP motion because of several deficiencies. Specifically, Plaintiff's affidavit of indigency and prisoner consent and financial certificate were too old to support Plaintiff's motion. Further, Plaintiff failed to attach a certified copy of his inmate account statement reflecting all transactions in his inmate account for each of the six months preceding the filing of the Complaint, *i.e.*, the six months preceding December 19, 2014, when the Complaint was filed. The Court afforded Plaintiff an opportunity to correct these deficiencies. Doc. 4. Plaintiff then filed an Amended Motion for leave to proceed as a pauper, Doc. 7. The Amended Motion also was deficient because Plaintiff failed to attach a certified copy of his six-month prison account statement.

The statute governing proceedings *in forma pauperis* requires Plaintiff to provide a certified copy of his six-month prison account statement as a condition to proceeding as a pauper. *See* 28 U.S.C § 1915(a)(2). The Court's IFP form clearly states this

requirement, and the Court advised Plaintiff of this requirement.  Doc. 4.  In view of Plaintiff's failure to provide the required account statement, the Court concluded that it was unable to find that Plaintiff was entitled to proceed as a pauper and afforded Plaintiff until January 27, 2015, to pay the filing fee in full.

As of this date, Plaintiff has neither corrected the deficiencies in his IFP motion nor paid the filing fee, as directed by the Court.  Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 29th day of January 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.