IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BENOIT BALTHAZAR,

    Plaintiff,

v.                                                                  1:14cv241-WS

MARGARET WEISS and
CHRISTOPHER PEKEROL,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed January 29, 2015. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this    12th    day of    March   , 2015.


                    s/ William Stafford  
                    WILLIAM STAFFORD  
                    SENIOR UNITED STATES DISTRICT JUDGE